AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| Vicky Rodriguez-Torres et. al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:11-CV-01301 |
| Lopez Lopez et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vicky Rodriguez-Torres et. al .

Date:   04/05/2011

/s/ Miguel A. Cuadros Pesquera
*Attorney's signature*

Miguel A. Cuadros- Pesquera,  114814
*Printed name and bar number*

701 Ponce de Leon Ave. Suite 215
San Juan, P.R. 00907
*Address*

macuadros@cuad-law.com
*E-mail address*

(787) 725-2652
*Telephone number*

*FAX number*