# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**VICKY RODRIGUEZ-TORRES**

**Appellant,**

**v.**

**CIVIL NO. 11-1301 (GAG)**

**ENID LOPEZ-LOPEZ, et al.,**

**Appellees.**

## JUDGMENT

Pursuant to the court's order at Docket No. 26, judgment is hereby entered dismissing this appeal.

**SO ORDERED.**

In San Juan, Puerto Rico this 8th day of July, 2011.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge