IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRIGUEZ-TORRES<br>Plaintiff – Appellant<br><br>v.<br><br>Government Development Bank P.R., et al.<br>Defendants – Appellees | 11-cv-01301-GAG<br><br>Computer Fraud and Abuse<br>18 U.S.C. § 1030,<br>18 U.S.C. § 2510,<br>18 U.S.C. § 2701,<br>42 U.S.C. § 1983,<br>42 U.S.C. § 1985,<br>42 U.S.C. § 1988,<br>TORTS |

## NOTICE OF APPEAL

TO THE CLERK OF THE COURT:

Notice is hereby given that plaintiff trough the undersigned counsel and pursuant to 28 U.S.C. § 1291, appeals to the United States Court of Appeals for the First Circuit from this Court's order and judgment dismissing this appeal on July 8th, 2011, as set forth in **ECF. No. 26**, **ECF. No. 27**.

**Submitted in New York City, this 15th day of July, 2011.**

**S/William Meléndez**
William Meléndez
Attorney for Plaintiff
USDC PR No. 226902

410 Park Avenue 15th Floor, Suite # 1223
New York, New York 10022
Tel. (718) 725-7387
We.Melendez@e-Lex.us

## CERTIFICATE OF SERVICE

I hereby certify that on July 15th, 2011, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system, which served all parties in interest.

**In New York City, this 15th day of July, 2011.**
S/William Meléndez
William Meléndez